IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

IN THE MATTER OF

LUCAS BRANDON ROUSSO

Case No. 6:25mj 083

**Filed Under Seal**

**ATTACHMENT TO CRIMINAL COMPLAINT
AND
AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT**

I, Erin F. Carlisle, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AFFIANT BACKGROUND**

1. Your Affiant has been employed as a Special Agent of the FBI since March of 2017 and is currently assigned to the Columbia Division. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of section 2510 (7) of Title 18 United States Code, and section 878 of Title 21 United States Code, and am empowered by law to conduct investigations and to make arrest and searches for offenses enumerated in Section 2516 of Title 18, and Title 21 of the United States Code. As part of my duties, I investigate crimes involving numerous federal violations to include threatening communications utilizing interstate or foreign commerce, murder, murder-for-hire, sexual assault, bank robbery, kidnapping, firearms violations, possession and distribution of child pornography, and fraud against the government. I have gained experience through various trainings and everyday work relating to conducting these types of investigations.

2. The facts in this Affidavit come from your Affiant's personal observations, training, experience, and information obtained from other law enforcement personnel involved in these

1

investigations along with a review of records obtained during the course of this investigation. The statements contained in this Affidavit are based in part on written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent.

3. Based on the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 875(c) (threatening communications) have occurred within the District of South Carolina by **LUCAS BRANDON ROUSSO (ROUSSO)**.

4. This court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as described and/or defined in 18 U.S.C. §§ 2703(a) and 2711(3).

## STATUTORY AUTHORITY

5. As noted above, this investigation concerns alleged violation of the following: 18 U.S.C. § 875(c) (threatening communications).

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

6. On December 15, 2025, Google LLC, CyberCrime Investigation Unit contacted the FBI regarding comments made on a YouTube Channel owned by a user with the email address Lrousso1995@gmail.com, username @lukerousso1914, and display name "Ginjer Ninjer (M.A.)" (hereafter referred to as THREAT ACCOUNT). Threats of violence and harm were documented multiple times over the course of months between approximately June 18, 2025, and December 12, 2025, by THREAT ACCOUNT.

7. Google LLC provided the following subscriber information for THREAT ACCOUNT:

   a. Name: Lucas **ROUSSO**

    b. Created: 2015.04.09 21:18:50

    c. Terms of Service IP: 108.46.140.160

    d. Terms of Service Language: en_US

    e. Birthday (Month Day, Year): ▮

    f. Contact e-Mail: ▮1995@gmail.com

    g. Recovery e-Mail ▮@aol.com

    h. Recovery SMS: +▮12146 (US)

    i. User Phone Number: +▮12146 (US)

    j. 2-Step Verification Phone Number: +▮12146 (US)

8. Google LLC provided the following information regarding the threats of violence:

9. At approximately 3:28 PM EST on June 18, 2025, THREAT ACCOUNT uploaded a video to YouTube with the title, "a message to all," and during the video a white, male with dark in color hair made the following statement:

    a. "Fuck all you dumb Zionist bitches. You know you guys all feel safe and comfortable now. Not for long motherfuckers, not for long. If I have to be the tool Allah uses, then I will be."

10. At approximately 3:13 PM EST on July 5, 2025, THREAT ACCOUNT uploaded a video to YouTube titled, "Why I Respect Satan," and during the video a white, male with dark in color hair made the following statement:

    a. "I tried begging on my knees and it hasn't gotten me anywhere. The days of whoa is me are over, and the days of kill or be killed are coming;" and

    b. "They're trying to keep us poor, and no money, no pussy, not even a girlfriend, not even a wife, like nothing. They want us to have nothing."

11. On or around November 19, 2025, THREAT ACCOUNT uploaded a video to YouTube titled, "Blood Over Intent" with a video description of the same, "Blood Over Intent."

12. At approximately 9:40 AM EST on November 19, 2025, THREAT ACCOUNT commented, "I'd shoot up planet fitness to this shit," on the YouTube video titled, "Rob Zombie-Dragula," located at https://www.youtube.com/watch?v=EqQuihD0hoI.

13. On or around December 12, 2025, the following comments were made by THREAT ACCOUNT on YouTube via the comments section:

   a. at approximately 4:49 PM EST, "Death to America death to Israel" was posted in the comments section of the YouTube video, titled "$UICIDEBOY$ - NO MATTER WHICH DIRECTION I'M GOING IN, I NEVER CHASE THESE HOES (Lyric Video)," located at https://www.youtube.com/watch?v=vmaP6EXMt8g;

   b. at approximately 4:53 PM EST, "I wish I had a suicide bomb id drag you all to hell" was posted in the comments section of the YouTube video, titled "$UICIDEBOY$ - NO MATTER WHICH DIRECTION I'M GOING IN, I NEVER CHASE THESE HOES (Lyric Video)," located at https://www.youtube.com/watch?v=vmaP6EXMt8g;

   c. at approximately 7:39 PM EST, "Heil Hitler heil Himmler death to America" was posted in the comments section of the YouTube video, titled "Nazi anthem instrumental rare (restored lost history)," located at https://www.youtube.com/watch?v=9CYfLDFn8Ns;

   d. at approximately 7:53 PM EST, "I'm going to commit a mass shooting" was posted in the comments section of the YouTube video, titled "Nazi anthem

4

instrumental rare (restored lost history)," located at

https://www.youtube.com/watch?v=9CYfLDFn8Ns;

e. and, at approximately 8:01 PM EST, "Im not sure if im a blood or crip but I want to kill as many people as I can" was posted in the comments section of the YouTube video, titled "NFL Cartel Bo ft. Maxo Kream-Hoova," located at https://www.youtube.com/watch?v=0gOZUVnbq7U.

## IDENTIFICATION OF USER

14. A records check with South Carolina Department of Motor Vehicles (SCDMV) for the name, Lucas **ROUSSO**, and date of birth, August 15, 1995, provided by Google LLC for THREAT ACCOUNT resulted in an individual named Lucas Brandon **ROUSSO** with a registered address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. **ROUSSO** is a white, male with dark hair and brown eyes[1]. Additionally, **ROUSSO** has a 2018 Volkswagen Jetta, sedan, South Carolina License Plate ▮▮▮▮ registered to him in South Carolina according to SCDMV records.

15. Google LLC records associated an Android cellular device with IMEI 350581672364358, brand type Motorola for THREAT ACCOUNT bearing cellular telephone +1631241246.

16. An Emergency Disclosure to Verizon Wireless on December 15, 2025, for telephone number +▮▮▮▮▮▮2146, number associated with THREAT ACCOUNT, stated the

---

[1] Your affiant compared the individual in the aforementioned YouTube videos (paragraphs 10 and 11) and the individual in the SCDMV records for **ROUSSO**. Your affiant determined the individuals are similar in nature and appear to be the same individual.

5

subscriber information for the telephone number provide is assigned to **ROUSSO** at

17. On December 16, 2025, Pickens County Sheriff's Office enacted a traffic stop on a dark in color, 2018 Volkswagen Jetta, sedan, South Carolina License Plate . Within the vehicle, **ROUSSO** was located in addition to an Android Motorola, blue in color.

18. When confronted by law enforcement, **ROUSSO** stated he posted the aforementioned comments to YouTube to include but not limited to: "I'm going to commit a mass shooting," "I wish I had a suicide bomb id drag you all to hell," "I'd shoot up planet fitness to this shit," and "Fuck all you dumb Zionist bitches. You know you guys all feel safe and comfortable now. Not for long motherfuckers, not for long. If I have to be the tool Allah uses, then I will be."

19. **ROUSSO** confirmed to law enforcement the YouTube username, @lukerousso1914, associated with making the online threats was his account.

20. **ROUSSO** stated he is upset with the United States for their support of Israel and holds the belief Isreal and Zionist are responsible for the degradation of America.

## CONCLUSION

21. Based on the foregoing, there is probable cause to believe that the federal criminal statute cited herein [violations of 18 U.S.C. § 875(c) (threatening communications) have been violated by Lucas Brandon **ROUSSO** in the District of South Carolina. I respectfully request that this Court issue an arrest warrant for Lucas Brandon **ROUSSO**.

Respectfully submitted,

_____
Erin F. Carlisle
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to appear before me on December 16, 2025.

_____
The Honorable William S. Brown
United States Magistrate Judge
District of South Carolina